James P. Watson, (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery, Fifth Floor
San Francisco, CA  94105
Telephone:  (415) 512-3501
Facsimile:  (415) 512-3515
E-Mail: jamesw@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>TRETHEWAY, INC., a Corporation; and TRACY PHILLIPS, an Individual,<br><br>Defendants. | Case No.:  C-06-0516 MJJ<br><br>ORDER GRANTING:<br>**STIPULATION FOR ENTRY OF JUDGMENT** |

IT IS HEREBY STIPULATED by and between JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the LABORERS TRUST FUNDS FOR NORTHERN CALIFORNIA ("Plaintiffs") and TRETHEWAY, INC. and TRACY PHILLIPS ("Defendants") that Judgment may be entered in the within action against Defendants, and each of them, in the sum of $98,882.87.

Said Judgment shall be fully dispositive of all claims in the within action.

///

-1-
STIPULATION FOR ENTRY OF JUDGMENT [CASE NO. C-06-0516 MJJ]

1  Judgment may be entered in the form submitted simultaneously herewith, and shall relieve
2  the parties and the Court of any obligation to move forward with the trial of the action. When the
3  Judgment is satisfied, plaintiffs shall file a Satisfaction of Judgment with the Court.

4  IT IS SO STIPULATED:

6  DATED: 3/24/06    By _____
                        JOHN J. HAGAN for and on behalf of
7                       Plaintiffs JOSE MORENO as CHAIRMAN
                        and LARRY TOTTEN as CO-CHAIRMAN
                        of the BOARD OF TRUSTEES FOR THE
8                       LABORERS HEALTH AND WELFARE
                        TRUST FUND FOR NORTHERN
9                       CALIFORNIA; LABORERS VACATION-
                        HOLIDAY TRUST FUND FOR
10                      NORTHERN CALIFORNIA; LABORERS
                        PENSION TRUST FUND FOR
11                      NORTHERN CALIFORNIA; and
                        LABORERS TRAINING AND
12                      RETRAINING TRUST FUND FOR
                        NORTHERN CALIFORNIA
13

15  DATED: _____    TRETHEWAY, INC. and TRACY PHILLIPS

17                                 By _____
                                        TRACY PHILLIPS

20  IT IS SO ORDERED:

22  DATED: April 4, 2006           _____
                                   Honorable Martin J. Jenkins
23                                 United States District Judge

27  F:\CASES\7000\7000.1035 Tretheway\PLEADINGS\STIPULATION FOR ENTRY OF JUDGMENT (Rev 3-21-06).doc

-2-

STIPULATION FOR ENTRY OF JUDGMENT [CASE NO. C-06-0516 MJJ]

1  Judgment may be entered in the form submitted simultaneously herewith, and shall relieve
2  the parties and the Court of any obligation to move forward with the trial of the action. When the
3  Judgment is satisfied, plaintiffs shall file a Satisfaction of Judgment with the Court.
4  IT IS SO STIPULATED:

6  DATED: _____  By_____
7  JOHN J. HAGAN for and on behalf of Plaintiffs JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA

15  DATED: 3-22-06  TRETHEWAY, INC. and TRACY PHILLIPS

17  By_____
     TRACY PHILLIPS

20  IT IS SO ORDERED:

22  DATED: _____, 2006
     _____
23   Honorable Martin J. Jenkins
     United States District Judge

27  F:\CASES\7000\7000.1035 Tretheway\PLEADINGS\STIPULATION FOR ENTRY OF JUDGMENT (Rev 3-21-06).doc

-2-
STIPULATION FOR ENTRY OF JUDGMENT [CASE NO. C-06-0516 MJJ]

# PROOF OF SERVICE

CASE NAME: *Jose Moreno; et al. v. Tretheway, Inc.; et al.*
CASE NUMBER: United States District Court, Northern District of California
No. C-06-0516 MJJ

I am a citizen of the United States and a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 101 New Montgomery Street, Fifth Floor, San Francisco, California 94105.

On March 28, 2006, I served the following document(s) described as:

**STIPULATION FOR ENTRY OF JUDGMENT**

on the following party/parties:

H. Douglas Duncan, Esq.
P.O. Box 2388
Lodi, CA 95241
Telephone: (209) 339-9577
Facsimile: (209) 339-9577

__X__ (BY MAIL) with postage thereon fully prepaid in the designated area for outgoing mail. I am readily familiar with STANTON, KAY & WATSON's practice of collection and processing correspondence whereby mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited with the United States Postal Service after the close of each day's business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this Declaration is executed on March 28, 2006 at San Francisco, California.

*/s/ Carol M. Christensen*
Carol M. Christensen

-3-
STIPULATION FOR ENTRY OF JUDGMENT [CASE NO. C-06-0516 MJJ]