```
1  James P. Watson (SBN 046127)
   Bruce K. Leigh (SBN 129753)
2  Anne Bevington (SBN 111320)
   STANTON, KAY & WATSON, LLP
3  101 New Montgomery Street, Fifth Floor
   San Francisco, CA  94105
4  Telephone:   (415) 512-3501
   Facsimile:   (415) 512-3515
5  Email:       jamesw@skwsf.com

6  Attorneys for Plaintiffs

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>TRETHEWAY, INC., a Corporation; and TRACY PHILLIPS, an Individual,<br><br>Defendants. | Case No.: C-06-0516 MJJ<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY** |

Plaintiffs JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN

///

///

///

///

-1-
NOTICE OF SUBSTITUTION OF ATTORNEY [CASE NO. C-06-0516 MJJ]

```
 1  CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR
 2  NORTHERN CALIFORNIA, hereby substitute as their attorney:
 3              Ronald L. Richman, Esq. (SBN 139189)
                Bullivant Houser Bailey, P.C.
 4              601 California Street, Suite 1800
                San Francisco, California 94108-2823
 5              Telephone No.  (415) 352-2700
                Facsimile No.  (415) 352-2701
 6              E-Mail:        Ron.Richman@bullivant.com
 7  in place and instead of their current attorneys, James P. Watson, Bruce K. Leigh and Anne Bevington,
 8  Stanton, Kay & Watson, LLP.
```

**NEW COUNSEL ACCEPTS THIS SUBSTITUTION:**

DATED: January 10, 2007        Ronald L. Richman
                               BULLIVANT HOUSER BAILEY, P.C.

                               By: /s/ Ronald L. Richman
                                   Ronald L. Richman

**FORMER COUNSEL CONSENTS TO THIS SUBSTITUTION:**

DATED: January 5, 2007         James P. Watson
                               Bruce K. Leigh
                               Anne Bevington
                               STANTON, KAY & WATSON, LLP

                               By: /s/ Anne Bevington
                                   Anne Bevington

**PLAINTIFFS CONSENT TO THIS SUBSTITUTION:**

DATED: January 29, 2007        JOSE MORENO as CHAIRMAN and LARRY TOTTEN as
                               CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE
                               LABORERS HEALTH AND WELFARE TRUST FUND FOR
                               NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY
                               TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS
                               PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and
                               LABORERS TRAINING AND RETRAINING TRUST FUND FOR
                               NORTHERN CALIFORNIA

                               By: /s/ Edward Smith
                                   Name: Edward Smith
Dated: 2/6/7                       Title: Fund manager
                               Authorized Representative

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Martin J. Jenkins]

F:\CASES\7000\7000.1035 Tretheway\pleadings\SUBSTITUTION OF ATTORNEY.doc

-2-

NOTICE OF SUBSTITUTION OF ATTORNEY [CASE NO. C-06-0516 MJJ]